# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JEFFREY RAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:19-cv-01225-JCH |
| | ) |
| ABB Inc. | ) |
| d/b/a ABB DE Inc., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

COME NOW the parties to this action, by and through their respective attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted in this action shall be dismissed with prejudice. Each party shall be responsible for its own costs.

DOBSON, BERNS & RICH, LLP

By:  /s/ Gregory A. Rich
    Gregory A. Rich, #45825MO
    grich@dbrstl.com.com
    5017 Washington Place, Ste. 300
    St. Louis, MO 63108
    Tel: (314) 621-8363
    Fax: (314) 621-8366

Attorney for Plaintiff

JACKSON LEWIS P.C.

By:  /s/ Thomas E. Berry, Jr. (by consent)
    Thomas E. Berry, Jr., #38433MO
    tom.berry@jacksonlewis.com
    Benjamin R. Marble, #69207MO
    benjamin.marble@jacksonlewis.com
    222 S. Central Ave., Ste. 900
    St. Louis, MO 63105
    Tel: (314) 827-3939
    Fax: (314) 827-3940
    tom.berry@jacksonlewis.com

Attorneys for Defendant